PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

**Report on Offender Under Supervision**

Name of Offender: <u>Fernando Tejeda</u>            Case Number: <u>1:14-CR-292(21)-LY</u>

Name of Sentencing Judicial Officer: <u>Honorable Sam Sparks, Senior United States District Judge</u>

Date of Original Sentence: <u>August 28, 2015</u>

Original Offense: <u>Count 3: Conspiracy to Possess with Intent to Distribute and Distribution of 5 Kilograms or More of Cocaine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)</u>

Original Sentence: <u>135 months' custody to run consecutive to AU:09-CR-121(2) for a total of 153 months' custody followed by five (5) years of supervised release, with the following special condition: deportation condition</u>

Type of Supervision: <u>Supervised Release</u>            Date Supervision Commenced: <u>April 7, 2021</u>

## PREVIOUS COURT ACTION

On June 29, 2022, the case was reassigned to U.S. District Judge Lee Yeakel.

## NONCOMPLIANCE SUMMARY

**Violation of Special Condition:** "If the defendant is excluded, deported or removed upon release from imprisonment, the term of supervised release shall be non-reporting supervised release. The defendant shall not illegally reenter the United States. If the defendant lawfully reenters the United States during the term of supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office."

**Violation of Mandatory Condition**: "The defendant shall not commit another federal, state, or local crime during the term of supervision."

**Nature of Noncompliance:** According to the United States Immigration and Customs Enforcement (ICE), Tejeda was ordered removed by an Immigration Judge on April 7, 2021. On May 11, 2021, Tejeda entered the United States without inspection and has not applied for political asylum or any other form of relief.

Fernando Tejeda
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** In March 2022, it was learned Tejeda may have returned to the United States without permission. This information, however, was not confirmed until June 2022, as ICE documents reflect Tejeda was granted temporary permission to remain in the United States through deferred action. Contact has since then been established with Tejeda, during which he was advised of his requirement to report to the U.S. Probation Office during his temporary stay. He was further advised that he is expected to comply with conditions set in his judgment.

|  |  |
|---|---|
| _____ | Respectfully submitted, |
| Hector J. Garcia | _____ |
| Supervising U.S. Probation Officer | Daniel Reyes |
| Date: July 8, 2022 | Sr. U.S. Probation Officer |

**THE COURT ORDERS:**

[✓] No Action
[ ] The Extension of Supervision as Noted Above.
[ ] The Modification of Conditions as Noted Above.
[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date:  July 8, 2022